UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

| | |
|---|---|
| **CASE NO.:** CV 15-05672 SJO (AGRx) | **DATE:** August 13, 2015 |
| **TITLE:** Epitech, Inc. et al. v. Garrett Krause et al. | |

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                         Not Present
Courtroom Clerk                          Court Reporter

**COUNSEL PRESENT FOR PLAINTIFFS:**      **COUNSEL PRESENT FOR DEFENDANTS:**

Not Present                              Not Present

========================================================================
**PROCEEDINGS (in chambers): ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO DISMISS FILED IN THE SOUTHERN DISTRICT OF CALIFORNIA** [Docket No. 3]

This matter is before the Court on its own motion. On June 12, 2015, Defendant Garrett Krause ("Defendant") filed a motion to dismiss the complaint filed by Plaintiffs Epitech, Inc., Patrick Moore, William Grivas, Claudia Fullerton, Newtonhill LTD, and Hill Family Trust (collectively, "Plaintiffs") in the Southern District of California ("Southern District"). Defendant's Motion to Dismiss ("Motion") raised several grounds for dismissal, including improper venue. (*See generally* Mot., ECF No. 3-1.)

On July 24, 2015, the Honorable Marilyn L. Huff ("Judge Huff"), the Southern District judge presiding over this lawsuit, issued an order transferring the case to this Court. (*See generally* Order Transferring Pls.' Action to the Central Dist. of Cal. ("Transfer Order"), ECF No. 10.) In the Transfer Order, Judge Huff noted that none of Plaintiffs' allegations in the complaint gave rise to the inference that a substantial part of the events or omissions underlying their claims had occurred in the Southern District. (Transfer Order 3-4.) Because Defendant allegedly has business offices in this District, and based on Plaintiffs' request that the case be transferred to this Court rather than dismissed for improper venue, Judge Huff transferred the lawsuit to the Central District of California. (Transfer Order 5.) The Transfer Order did not address Defendant's additional grounds for dismissal. (Transfer Order 5.)

Defendant's pending Motion to Dismiss, which was addressed in part by Judge Huff's Transfer Order, is **DENIED without prejudice**. Defendant is **must file** a response to Plaintiffs' complaint, no later than **14 days** from the date of this Order.

The Scheduling Conference currently set for September 14, 2015 (ECF No. 16), is **hereby continued** to October 19, 2015, at 8:30 am. The parties' Rule 26 Meeting Report is due by October 5, 2015.

IT IS SO ORDERED.

Page 1 of    1